```
                                      FILED
                                 U.S. DISTRICT COURT
                                EASTERN DISTRICT OF LA

                                 2008 APR 11  AM 7:21

                                  LORETTA G. WHYTE
                                       CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SAMUEL BURFICT                              CIVIL ACTION

VERSUS                                      NUMBER: 07-9753

CAROL BURFICT MILLS, ET AL.                 SECTION: "N"(5)


O R D E R

The Court, having considered the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation or to amend his petition to set forth a comprehensible cause of action, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's suit is **DISMISSED** without prejudice.



___ Fee____
___ Process__
_X_ Dktd
___ CtRmDep__
___ Doc. No__

New Orleans, Louisiana, this 10th day of April, 2008.

_____
UNITED STATES DISTRICT JUDGE

Aufret RIR